GARY M. RESTAINO
United States Attorney
District of Arizona
BRANDON M. BOLLING
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: brandon.bolling@usdoj.gov
Attorneys for Plaintiff

FILED

2024 MAY -1 PM 4:02

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-02353 TUC-SHR(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Jesus Francisco Lopez-Enriquez, Count 1 and 2
2. Pedro Frammuel Salazar, Count 1 and 2

Defendants.

**INDICTMENT**

VIO: 18 U.S.C. §§ 554(a) and 2
(Smuggling Goods from the United States)
Count 1

18 U.S.C. §§ 924(h) and 2
(Receipt of Firearms Used to Commit a Felony)
Count 2

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about April 17, 2024, in the District of Arizona, JESUS FRANCISCO LOPEZ-ENRIQUEZ and PEDRO FRAMMUEL SALAZAR, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Glock 43 9mm pistol and one (1) Glock 19 9mm pistol, knowing the same to be intended for exportation contrary to any law or regulation of the United

States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

All in violation of Title 18, United States Code, Sections 554(a) and 2.

**COUNT 2**

On or about April 17, 2024, in the District of Arizona, JESUS FRANCISCO LOPEZ-ENRIQUEZ and PEDRO FRAMMUEL SALAZAR, did knowingly receive firearms, to wit: one (1) Glock 43 9mm pistol and one (1) Glock 19 9mm pistol, knowing or having reasonable cause to believe that the firearms would be used to commit a felony, that is, Smuggling Goods from the United States, in violation of Section 554(a).

All in violation of Title 18, United States Code, Sections 924(h) and 2.

**FORFEITURE ALLEGATION**

Upon conviction of Counts 1 or 2 of the Indictment, defendants, JESUS FRANCISCO LOPEZ-ENRIQUEZ and PEDRO FRAMMUEL SALAZAR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 50, United States Code, Section 4819(d)(1)(C), and Title 28, United States Code, Section 2461(c), any firearms and property constituting an item that is intended to be exported involved in the commission of the offense, including, but not limited to: two (2) Glock 9mm caliber pistols, bearing serial numbers BPBA142 and AKDV037 and a Glock 9mm caliber magazine.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 50, United States Code, Section 4819(d)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: May 1, 2024

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

BRANDON M. BOLLING
Assistant U.S. Attorney